UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| KENNETH FRANKS, )<br>Executor of the Estate of )<br>Violet Franks, Deceased )<br>    ) <br>    Plaintiff, )<br>    )<br>V. )<br>    )<br>OWENTON MANOR NURSING, LLC )<br>d/b/a OWENTON CENTER )<br>    )<br>    Defendant. ) | Civil No. 3:15-cv-00060-<br>GFVT<br><br><br>**ORDER** |

*** *** *** ***

The parties have filed an Agreed Order of Dismissal with the Court. [*See* R. 9.] Accordingly, and the Court being otherwise sufficiently advised; it is hereby **ORDERED** as follows:

1. All claims against the Defendant Owenton Manor Nursing, LLC, d/b/a Owenton Center, are **DISMISSED WITH PREJUDICE**;

2. Each party shall bear his, her, or its own costs and fees;

3. Any pending motions are **DENIED**, as moot; and

4. This matter is **STRICKEN** from the Court's active docket.

This the 24th day of June, 2016.

Gregory F. Van Tatenhove
United States District Judge

2